UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAURA GOODEN

CIVIL ACTION

VERSUS

NO.  10-299-BAJ-SCR

REGIONS BANK, ET AL

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 18, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's complaint filed against defendant Brandy Ashley shall be DISMISSED, pursuant to Rule 4(m).

Baton Rouge, Louisiana, December _____7_____, 2010.


BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA